# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-cr-643 (CPO) |
| v. | |
| JAMES PATTEN AND PETER COKER, SR. | **ORDER SETTING CONDITIONS FOR RELEASE** |

**IT IS ON THIS** 11th day of October, 2022,

**ORDERED** that defendants will continue the conditions as set forth by Magistrate Judge Patrick Auld, North Carolina Middle District by order dated September 26, 2022; and

**IT IS FURTHER ORDERED** that Defendant Peter Coker, Sr. must submit to substance abuse testing and/or treatment as directed by Pretrial Services.

*Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**