**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-cr-643 (CPO) |
| v. | |
| JAMES PATTEN AND PETER COKER, SR. | **AMENDED ORDER SETTING CONDITIONS FOR RELEASE** |

**IT IS ON THIS** 27th day of October, 2022,

**ORDERED** that defendant, James Patten, is permitted to travel within the continental United States; and

**IT IS FURTHER ORDERED** that unless modified by subsequent order, defendants will otherwise continue the conditions as set forth by Magistrate Judge Patrick Auld, North Carolina Middle District by order dated September 26, 2022.

_____
**CHRISTINE P. O'HEARN**
**United States District Judge**