# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                     **Proceeding Date**: 2/28/23

**JUDGE CHRISTINE P. O'HEARN**

**Court Reporter:** Camille Pedano

**TITLE OF CASE:**                                     **DOCKET NO**. 22-cr-643 (CPO)
UNITED STATES OF AMERICA

      v.

JAMES PATTEN AND PETER COKER, SR.
      DEFENDANTS PRESENT

**APPEARANCES:**
Shawn Barnes, AUSA for the Government
Adam Brody, Esquire & Ira Lee Sorkin, Esquire for Defendant James Patten
Zach Intrater, Esquire and Marc Agnifilo, Esquire for Defendant Peter Coker, Sr.

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE (via Zoom)

Status conference held via Zoom.
Status conference scheduled for April 4, 2023 at 10:00am

                                      *s/ Haley E. Minix*
                                      DEPUTY CLERK

Time Commenced:   10:07 am
Time Adjourned:   10:15 am
**Total Time:**   **8 Minutes**